## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 5, 2016

MEMO TO COUNSEL RE:  Robert Dashiell v. Jonathan Oliver, et al.
Civil No. JFM-15-2437

Dear Counsel:

This will confirm the schedule set during the conference held yesterday.

| | |
|---|---|
| December 27, 2016 | Deadline for submission of pretrial order and motions in limine; and defendant's proposed voir dire questions and jury instructions |
| January 3, 2017 | Deadline for submission of plaintiff's proposed substitutive or supplemental voir dire questions and jury instructions |
| January 4, 2017 4:30 pm | Pretrial conference (may be by telephone) |
| January 23, 2017 | Trial (jury; 3 days) |

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge