UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 22, 2017

MEMO TO COUNSEL RE: Robert Dashiell v. Jonathan Oliver, et al.
Civil No. JFM-15-2437

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendant's motion to dismiss or, in the alternative, for summary judgment. The motion (document 50) is granted. I am satisfied that the satisfaction of the judgment entered against Jonathan Oliver brings this case to an end. Plaintiff cannot recover punitive damages from the City of Salisbury, *see Herilla v. Mayor and City Council of Baltimore*, 37 Md. App. 481, 378 A.2d 162 (1977), and the payment of the compensatory damages rendered against Mr. Oliver brings the case to an end.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge